UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NETJETS AVIATION, INC., and
NETJETS SALES, INC.,
              Plaintiffs,

     - against -                  02 Civ. 7441 (DAB)
                                                            MEMORANDUM AND ORDER
LHC COMMUNICATIONS LLC, and
LAURENCE S. ZIMMERMAN,

              Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The Parties having notified the Court that they are actively working towards a resolution of this action,

    IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within 30 (THIRTY) days of the date of this order, any Party may apply by letter for restoration of the action to the calendar of the undersigned if the resolution is not effected, in which event the action will be restored.

SO ORDERED.

Dated:   New York, New York
           August 27, 2009

                                                      DEBORAH A. BATTS
                                             United States District Judge