UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
NETJETS AVIATION, INC., and
NETJETS SALES, INC.,
            Plaintiffs,

      - against -                          02 Civ. 7441 (DAB)
                                            MEMORANDUM AND ORDER

LHC COMMUNICATIONS LLC, and
LAURENCE S. ZIMMERMAN,

            Defendants.
-----------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    Plaintiffs NetJets Aviation and NetJets Sales ("NetJets") now move this Court to reactivate this action due to Defendants' alleged breach of the Settlement Agreement between the Parties. However, on August 27, 2009, the Court discontinued this case, with prejudice, subject to re-opening within 30 days. The Court did not retain jurisdiction over any settlement agreement between the Parties. NetJets Motion is not timely under the Court's August 27, 2009 Order. Accordingly, this case will remain closed. Scelsa v. City University of New York, 76 F.3d 37, 41-42 (2d Cir. 1996). The Clerk of Court is directed to close the docket in this case.

    SO ORDERED.

Dated:    New York, New York
           April 12, 2010

                                            Deborah A. Batts
                                            United Stated District Judge